In the Supreme Court of the State of Montana

Cover Page

FILED

08/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0388

AUG 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Table of Content

Statement of Issue      p-(i)

Statement of Case      p-(2)

Statement of facts      p-(2)

Conclsion and Summary      p-(3)

Certificate of Service      p-(4)

Writ of Mandamus

| In The Supreme Court of the State of Montana | |
|---|---|
| Lloyd Scott Maier,<br>petition,<br>—v—<br><br>Robyn Schierholt,<br>Clerk of Court,<br>Defendant. | Case NO. ?<br><br>Writ of Mandamus |

## Writ of Mandamus
### Statement of Issues

I Lloyd Scott Maier have been trying for the last Month to file a Motion to Dismiss Persuant to Mont. Code Ann. § 46-18-204

I've tryed twice each time I've been Denied, the frist time it was sent back to me can't find it. I sent it back the 2nd time with a letter: Stating only a Judge can open it. Because its a Sealed Juvinile record. The 2nd time Maiers (Exhibit (A.)(A-1) was sent to him enclosed as Exhibit (A-1)

Maier's (Exhibit B) is a copy of the Motion to dismiss.

IF the Clerk does not put my Motion in front of a District Court Judge Then She becames the Judge.

## Statement of Case

I need a Judge to Make a Ruling on My Motion to Dissmiss. The file is being used against Me in Case #ADC-95-350C This Juvenile Case was used Against Me on the 28th day of June 1996.

By the Clerk of Court not Allowing Me acsess to the Court. I know have to ask this Court for a Writ of Mandamus.

The Clerk not being able to find the Case, even after I explaned it was a Sealed Juvenile Case and only a Judge can open it.

By Robyn Scherholt not Allowing My Motion to be heard by the Court is devil of My right to due process.

## Statement of Facts

On June 21, 2021 Maier Attempted to file Motion to Dismiss. Then again on the July 7, 2021 Maier again tryed to entraduce Motion to Dismiss. Enclosed Exhibit (A)(A-1). And Copy of Maier's Exhibit (B) Motion to Dismiss.

D. Xof 9/

<u>Conclusion and Summary of Action Requested.</u>

I Lloyd Scott Maier Ask for My Motion to Dismiss to be heard by the Montana Supreme Court. Or Remanded back to Yellowstone District Court for a proper hearing. By the Clerk cost Allowing Me to introduce the Motion to dismiss it Violates my 14th Amendment under the U.S. Constitution for Due prosess, and under the Montana Constitution as well.

Thank You for your time.

<u>Lloyd S. Maier</u>
Lloyd Scott Maier #21985
50 Crossroads Drive
Shelby Mt, 59474

Dated this, <u>21st</u> day of <u>July</u>, 2021.

## Certificate of Service

I hereby Certify I sout a ture and Accurate copy of the Following by U.S. Mail Teo:

Austin Knudsen
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena Mt. 59620-1401

Bowen Greenwood
clerk of the Mt. Supreme Court
P.O. Box 203003
Helena Mt. 59620-3003

Lloyd S. Maier
Lloyd Scott Maier #21995
50 Crossroads Drive
Shelby Mt. 59474

Dated this 21st day of July, 2021.

Exhibit - A

# County of Yellowstone

TERRY HALPIN
CLERK OF THE DISTRICT COURT

(406) 256-2851 - Civil Division
(406) 256-2860 - Criminal Division
(406) 256-2995- Fax
P.O. Box 35030
BILLINGS, MT 59107-5030

June 21, 2021

Lloyd Maier #21995

50 Crossroads Drive

Shelby, MT 59474

RE:     DJ 1980-29

Dear Mr. Maier:

Enclosed please find your original Motion To Dismiss as unfiled. I am returning this document to you as our research department cannot find a DJ matter under name, nor under the above case number. The only case numbers for Yellowstone County that we can find is DC 1990-221, DC 1991-122 and DC 1991-51.

Sincerely,

Robyn Schierholt, Supervisor

13th Judicial District Court

Exhibit A-1

# County of Yellowstone

**TERRY HALPIN**
**CLERK OF THE DISTRICT COURT**

(406) 256-2851 - Civil Division
(406) 256-2860 - Criminal Division
(406) 256-2995- Fax
P.O. Box 35030
BILLINGS, MT 59107-5030

July 7, 2021

Lloyd Maier #21995

50 Crossroads Drive

Shelby, MT 59474

Dear Mr. Maier:

Thank you for your letter regarding the DJ matter. Our research department cannot locate a DJ file on record for you, we have no record of DJ 1980-29 on file. We cannot file your Motion To Dismiss if we do not have record of the DJ case. It is a possibility that the case file was destroyed long ago as Juvenile matters get sealed as of the age of 18, and then are destroyed after the statutory time period for retaining them as expired.

Sincerely,

Robyn Schierholt, Supervisor

13th Judicial District Court

Lloyd Maier #21995
50 Crossroads Drive
Shelby, MT 59474

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| STATE OF MONTANA,<br><br>    Plaintiff,<br><br>vs.<br><br>LLOYD SCOTT MAIER,<br><br>    Defendant. | Cause No. DJ-1980-29<br><br>MOTION TO DISMISS PURSUANT<br>TO MONT. CODE ANN. §46-18-204 |

COMES now the Defendant, Lloyd Scott Maier, pro se, and moves the Court for DISMISSAL of the charge in the above cause pursuant to Mont. Code Ann. § 46-18-204(a). Defendant shows cause by the following brief.

<u>BRIEF</u>

In 1980, Defendant was sentenced to three and a half (3.5) years deferred for one count of Burglary in violation of Mont. Code Ann. § 45-6-204.

Defendant has successfully completed the deferred period without incident or revocation.

Mont. Code Ann. § 46-18-204 provides:

"(1) Whenever the court has deferred the imposition of sentence and after termination of the time period during which imposition of sentence has been deferred or upon termination of the time remaining on a deferred sentence under 46-18-208:
    (a) for a felony conviction, the court shall strike the plea of guilty or nolo contendere or the verdict of guilty from the record and order that the charge or charges against the defendant be dismissed provided that a petition for revocation under 46-18-203 has not been filed; ..."

Page 1 of 2

## CONCLUSION

WHEREFORE, the Defendant respectfully requests the Court strike the plea of guilty from the record and order the charge DISMISSED.

Dated this 27ᵗʰ day of _May_, 2021.

By: _Lloyd L. Maier_
Lloyd Scott Maier, Defendant


### CERTIFICATE OF SERVICE

I, Lloyd Scott Maier, hereby certify that I have served upon the Yellowstone County Attorney a true and correct copy of the foregoing MOTION TO DISMISS PURSUANT TO MONT. CODE ANN. §46-18-204 via U.S. Mail on the above date.

County Attorney
Yellowstone County
217 N. 27th Street
Billings, MT 59107